FILED IN
COURT OF CRIMINAL APPEALS

February 18, 2015

ABEL ACOSTA, CLERK

PD-0857-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/17/2015 2:45:44 PM
Accepted 2/17/2015 2:52:02 PM
ABEL ACOSTA
CLERK

**No. PD-0857-14**

# IN THE COURT OF CRIMINAL APPEALS

# OF TEXAS

_____

## NO. 14-12-00642-CR
## IN THE COURT OF APPEALS
## FOURTEENTH JUDICIAL DISTRICT OF TEXAS
## HOUSTON, TEXAS

_____

**THE STATE OF TEXAS**
**Appellant**

**vs.**

**KENNETH LEE DOUDS**
**Appellee**

---

### STATE'S NOTIFICATION OF APPEARANCE AT ORAL ARGUMENT

---

**TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:**

The State of Texas, the prosecuting authority in Cause No. 180270 in the County Court at Law No. One of Brazoria County, Texas, respectfully submits this *State's Notification of Appearance at Oral Argument* and would respectfully inform the Court of the following:

1

David Bosserman will be representing the State at oral argument on Wednesday, March 18, 2015 at 9:00 A.M. in the above styled and numbered cause, before the Court of Criminal Appeals in Austin.

Respectfully submitted,

_____
David Bosserman
Assistant District Attorney
111 E. Locust, Suite 408A
Angleton, Texas 77515
(979) 864-1232
Fax. No. (979) 864-1525
Bar Card No. 02679520
davidb@brazoria-county.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this *State's Notification of Appearance at Oral Argument* was served by E-service on Charles D. Adams, attorney for Appellee, in compliance with Rule 9.5 of the Rules of Appellate Procedure. A copy was also served by E-service on the State Prosecuting Attorney in compliance with Rule 68.11 of the Rules of Appellate Procedure. E-service was completed on this the 17th day of February, 2015.

| | |
|---|---|
| Charles D. Adams | Lisa C. McMinn |
| Attorney for Appellee-Defendant | State Prosecuting Attorney |
| 7930 Broadway, Suite 106 | P.O. Box 13046 |
| Pearland, Texas 77581 | Austin, Texas 78711 |
| Bar No. 24026760 | Bar No. 13803300 |
| Email: cda@cdadamslaw.com | Email: Lisa.McMinn@spa.texas.gov |

_____
David Bosserman